# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WCF National Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Gilligan Commercial LLC, et al.,<br><br>Defendants. | **NO. CV-24-03497-PHX-DWL**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed September 29, 2025, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

September 29, 2025

By  s/ K. Gray
Deputy Clerk